```
1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendant
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                    *E-FILED - 2/6/07*

| | |
|---|---|
| JIABAO ZHOU, | No. C 06-7187 RMW |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS; AND [] ORDER** |
| ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of United States Citizenship and Immigration Services; ROBERT MUELLER, Director of the Federal Bureau of Investigations; CHRISTINA POULOS, Acting Director of the California Service Center, | |
| Defendants. | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

Each of the parties shall bear their own costs and fees.

///

///

Stipulation for Dismissal
C 06-7187 RMW

| | | |
|---|---|---|
| 1 | Dated: January 24, 2007 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____<br>EDWARD A. OLSEN<br>Assistant United States Attorney |
| 6 | | Attorney for Defendant |

Dated: January 24, 2007            _____/s/_____
                                   TRICIA WANG
                                   Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 2/6/07            *Ronald M. Whyte*
                        _____
                        RONALD M. WHYTE
                        United States District Judge

Stipulation for Dismissal
C 06-7187 RMW